AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CARLOS MELGAR-LAGO | |
| | CASE NUMBER: 07cr3066-JAH |

I, <u>CARLOS MELGAR-LAGO</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*CARLOS LAGOS*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature] McCurine Jr.*
JUDICIAL OFFICER

Translated by me into Spanish on this day
11/6/07
*MARIA BROWER*